**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 341 EAL 2022

              Respondent            :

                                     :  Petition for Allowance of Appeal
                                     :  from the Order of the Superior Court

              v.                 :

                                     :

JUSTINA DELVALLE-TORRES,        :

              Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.